# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 02, 2025

Ms. Claire Davis
Federal Public Defender's Office
Northern District of Texas
525 S. Griffin Street
Suite 629
Dallas, TX 75202

Ms. Naomi Fenwick
Federal Public Defender's Office
Northern District of Texas
525 S. Griffin Street
Suite 629
Dallas, TX 75202

Ms. Rachel Leigh Patton
Office of the Attorney General
Criminal Appeals Division
P.O. Box 12548
Austin, TX 78711-2548

Mr. Jeremy Schepers
Federal Public Defender's Office
Northern District of Texas
525 S. Griffin Street
Suite 629
Dallas, TX 75202

Mr. Gregory William Wiercioch
University of Wisconsin Law School
975 Bascom Mall
Madison, WI 53706

    No. 25-70004   Wood v. Patton
                        USDC No. 1:24-CV-1058

Dear Counsel:

The Supreme Court granted certiorari, vacated, and remanded in No. 24-6727. The parties are directed to file letter briefs, not to

exceed 10 pages, by July 22, 2025, stating what action this court should take.  If the parties are in agreement, a joint letter will be appreciated.  Each side is permitted, but not required, to file a reply letter of not more than 5 pages by July 29, 2025.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686