# Supreme Court of the United States

No. 24–6727

DAVID WOOD,

                                            Petitioner

v.

RACHEL PATTON,
ASSISTANT ATTORNEY GENERAL

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Gutierrez* v. *Saenz*, 606 U. S. ___ (2025).

June 30, 2025

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States